JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRYAN WILLIAMS,

Plaintiff,

v.

JULIAN A. FLORES, et al.

Defendants.

Case Number:
8:19−cv−01975 JVS (ADSx)

**ORDER FOR DISMISSAL**

   Pursuant to the Stipulation for Dismissal filed by Plaintiff BRYAN WILLIAMS and Defendants JULIAN A. FLORES and PARAGON MOTORS, LLC, this matter is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated:  January 31, 2020      By: _____
                                     Hon. James V. Selna
                                     U.S. DISTRICT JUDGE

**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**